UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHAD EVERETT,

        Plaintiff(s),

  v.

CITY OF SHAFTER,

        Defendant(s).

_____/

NO. CIV. S-05-1020 FCD/PAN

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the parties in the above action the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 15, 2006. All dates set in this matter, including any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: May 4, 2006

                      /s/ Frank C. Damrell Jr.
                      FRANK C. DAMRELL, JR.
                      United States District Judge